No. 22-13691-HH & 22-13815

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

WILLIAM HORNADY, *ET AL.*,

*Appellees,*

VS.

OUTOKUMPU STAINLESS USA, LLC,

*Appellant.*

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
No. 1:18-CV-00317-JB-N

**MOTION TO WITHDRAW AS COUNSEL**

E. Travis Ramey
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorney for Appellant/ Cross-Appellee Outokumpu
Stainless USA, LLC

_____

No. 22-13691-HH & 22-13815

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

_____

WILLIAM HORNADY, *ET AL.*,

*Appellees,*

VS.

OUTOKUMPU STAINLESS USA, LLC,

*Appellant.*

_____

**APPELLANT OUTOKUMPU STAINLESS USA, LLC'S
CERTIFICATE OF INTERESTED PERSONS**

Counsel of record for Appellant Outokumpu Stainless USA, LLC ("Outokumpu") certify that the following persons may have an interest in the outcome of this appeal. Outokumpu makes these representations for the Judges of this Court to evaluate possible disqualification or recusal:

Adams & Reese, LLP

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Adams, Rosa*[1]

ADP, Inc.

Ainsworth, Richard L.**

Alexander, Melinda**

Allen, Christopher**

Allen, Garner**

Amundson, Joseph**

Anderson, Kelley**

Appleby, Esq., Gavin S.

Arnold, Jeffrey Scott**

Averette, Brandon**

Averette, Chase**

Averette, Cory**

Bailey, Dave Shawn**

Baker, Jonathan**

_____

[1] The persons noted with an asterisk are the plaintiffs/opt-ins listed in the District Court's October 4, 2022 Final Judgment, (ECF No. 410).

———————————————————

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

———————————————————

Banks, Johnnie**\***

Barnes, Timothy**\***

Barnett, Michael Blane**\***

Bass, James**\***

Bates, Timothy**\***

Batson, Raymond**\***

Beason, Jeremy**\***

Beaverstock, Hon. Jeffrey U.

Beckham, LaRosa**\***

Belcher, Emily**\***

Bennett, Nathen**\***

Betts, Clifton**\***

Bishop, Austin**\***

Bishop, Douglas**\***

Bivins, Hon. Sonja F.

Blair, Shirley**\***

Bloebaum, Christopher**\***

Boyd, Amy**\***

—————————————————————

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

—————————————————————

Boyd, Steven**\***

Boyette, Jeremy**\***

Boykin, Isiah**\***

Braggs, DeMarcus**\***

Bramble, Alexandria**\***

Branscum, Robert**\***

Briscoe, Thomas Arron**\***

Brooks, Jr., Redius Wayne**\***

Brown, Jerel**\***

Brown, Kenneth**\***

Bryant, Jr., Donnice L.**\***

Burr & Forman LLP

Burrell, Patrick**\***

Butters, Derek**\***

Byrd, Jr. Dennis**\***

Byrd, Jr. Robert**\***

Byrd, Philip**\***

Cain, James**\***

———————————————————

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

———————————————————


Campbell, Adarryl**

Carnley, Jr., Franklin E.**

Carpenter, Justin**

Carpenter, Quintin**

Carpenter, Steve**

Chapman, Floretta**

Chapman, Timothy**

Clark, Vidal**

Clarke, III John**

Clausell, Napoleon**

Coleman (Banks), Katherine**

Coleman, Daniel**

Collins, Blake**

Coston, Renada**

Crane, Clayton**

Curry, Thomas**

Daly, Esq., Sinead

Davis, Davis and Associates

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Deas, Ivy**\***

Dew, Trawick**\***

Dixon, Alkeyia**\***

Doggett, Eric**\***

Donaldson, Sadrick**\***

Dolive, Esq., Devin C.

Dunn, Casey**\***

Dunn, Michael**\***

Easterbrook, Caleb**\***

Edmonds, Gregory**\***

Emrick, Trenton**\***

Erwin, Ellen**\***

Euler Hermes North American Insurance Company

Everett, James**\***

Evers, Charles B.**\***

Evers, Daniel**\***

Fairchild, Larry**\***

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Faulk, Derek**

Fleming, Bryan**

Flowers, John**

Flowers, Jr., Esq., Ronald W.

Foster, Charlie**

Franklin, Taurus**

Fraticelli, Jose**

Freeman, Brandon**

Freeney, Frank**

Gallatin, Lance**

Ganey, Forest**

Gates, William Keith**

Gatlin, Brent**

Gatlin, Esq., Cheri Turnage

Godwin, Andrew**

Goodman, Charles Stephen**

Graham, Thomas**

Green, Corey**

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Green, Glenn**\***

Grice, Carin**\***

Grice, Robert Jason**\***

Gross, Perry**\***

Gustaf, Steven**\***

Hall, Nicholas**\***

Hardy, Matthew**\***

Harris, Jerry**\***

Harris, Kenneth**\***

Hartery, Colin**\***

Hartley, Jerry**\***

Havens, Dustin**\***

Helmsing, Jr., Esq., Frederick George

Helton, Brett D.**\***

Helveston, Pelly**\***

Henderson, Andrew**\***

Hill, David**\***

---

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

---

Holston Vaughan & Rosenthal LLC

Hornady, William Austin**\***

Hornady, William Heath**\***

Howze, Daric**\***

Hubbard, John**\***

Hudson, Wilson**\***

Hunt, Reginald**\***

Hyde, Thomas**\***

Jackson, Lemuel**\***

Jackson, Major**\***

Jackson, Matthew**\***

Jackson, Esq., Matthew Ryan

January, Martez**\***

Jenkins, Shirley**\***

Jerkins, Ronald**\***

Jerkins, William**\***

Johnson, Timothy**\***

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Johnson, Yolanda**

Johnston, Austin**

Jones, James**

Jones, Jerry**

Jones, Rodney**

Jones, Steven**

Jones, William V.**

Jordan, Craig**

Jordan, George**

Joyce, James**

Keenum, Weston**

Kelly, Joel**

Kemp, George**

Key, Robert**

Knapp, Gaven L.**

Knight, Mark**

Langley, Jeremy**

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Lankford, Phillip**\***

Lapp, Kyle**\***

Lee, James T.**\***

Littler Mendelson, P.C.

Long, Robert**\***

Lord, John**\***

Lott, Aubrey**\***

Love, Andre**\***

Lowe, Domonic**\***

Madaris, Randall**\***

Marks, Josephine**\***

Marshall, Cedric Antonio**\***

Marshall, Cedric D.**\***

Marshall, Fredrick**\***

Marshall, Ronald A.**\***

Martin, Jimmy**\***

McClain, III, Arthur**\***

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

McDowell Knight Roedder & Sledge, L.L.C.

McGraw, John David**\***

McNeil, Antonio**\***

Meinhardt, Lawrence**\***

Middleton, Daniel**\***

Miller, Christopher**\***

Miller, Seth**\***

Miller, Tyris**\***

Mitchell, Damon**\***

Mitchell, Tyrone**\***

Montgomery, Mark**\***

Moore, Anthony D.**\***

Moore, Brian**\***

Moore, Colundus**\***

Moore, Laurice**\***

Moore, Phillip**\***

Murphy, John**\***

———————————————————

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

———————————————————


Nations, Matthew**\***

Neely, Reginald**\***

Nelson, Hon. Katherine P.

Newton Vernon**\***

Norris, Cody**\***

Odom, Raymond**\***

Olive, Jimmy**\***

Oliver, Victor**\***

Outokumpu Americas, Inc.

Outokumpu Holding Nederland BV

Outokumpu Oyj (OUT1V:HEL)[2]

Outokumpu Stainless Bar, LLC

Outokumpu Stainless USA, LLC

Overton, Johnny**\***

Owens, Gregory**\***

———————————

[2] Solidium Oy, a Finnish state owned investment company, holds more than 10% of Outokumpu Oyj's stock.

C-13 of 20

———————————————————————

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

———————————————————————


Patterson, Clarence, L.**

Peoples, John**

Perez, Joe**

Petty, Kenneth F.**

Phelps, Vernon**

Phillips, Ronald**

Phillips, William Joseph**

Pollard, Jerry**

Porter, Jacob**

Powell, IV, Esq., Charles A.

Pruett, John**

Ramey, Esq., E. Travis

Reach, Charles**

Redding, Jeffery**

Reed, Jr., Jerry**

Reed, Sr., Jerry**

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Reese, LaTorisa**\***

Rivers, Korey S.**\***

Rocker, John**\***

Rodgers, Marcus**\***

Rogers, Anissa**\***

Rogers, Harold**\***

Rone, Wesley A.**\***

Rosenthal, Esq.*,* Ian David

Rouss, Stephen**\***

Rutledge, Ronnie**\***

Sawyer, Bill**\***

Scott, Darrell**\***

Seals, Kenneth**\***

Sheffield, Esq., Ryan B.

Sherrer, III, John F.**\***

Showers, Michael**\***

Sims Law Firm

Sims, Esq., Patrick H.

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Simmons, Brandon**

Sliwinski, Charles**

Smith, David O.**

Spencer, Sophia**

Stadmire, Shonda**

Stallworth, Kenneth**

Starling, Connie**

Stewart, Franklin**

Stewart, Michael**

Stewart, Paul**

Stewart, Takendric**

Stinson, Jerry**

Stoker, J. J.**

Stokes, Martin**

Sutton, Sr. William G.**

Swain, Esq., Jennifer F.

Taylor, Lee**

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Thomas, Richard Dewayne**

Thompson, Carlie**

Thornton, Cody**

Todd, Cheryl**

Tucker, Jason**

Turner, James**

Vaughan, Kourtney**

Voiles, Randy**

Walker, Sharon**

Wallace, Steven T.**

Ware, Kody**

Wasden, Esq., H. William

Washington, Marvin**

Waters, Luke**

Watson, Jamlus**

Weaver Kendall**

Webb, Jerald**

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Welch, Collin*

Welch, Derek*

Whigham, Stony*

Wicker, William*

Wiggins, Jamie*

Wiley, Ginger*

Wilkerson, David*

Wilkes, Johnny*

Wilkinson, Richard*

Williams, Anthony*

Williams, Bradley*

Williams, Carl*

Williams, David*

Williams, Eric*

Williams, Gregory L.*

Williams, Jr., Rufus*

Williams, Kendall*

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Williams, Michael**\***

Williams, Myron**\***

Williams, Neil**\***

Williamson, Jr., George Baker**\***

Wilson, Harold**\***

Wilson, Lafayette**\***

Wilson, Michael**\***

Wilson, Timothy C.**\***

Wingate, Wesley**\***

Witherington, Johnnie**\***

Witherspoon, Midarius**\***

Wolfe, Christian**\***

Womack, Orenthal**\***

Woodard, Andre**\***

York, James**\***

York, Michael**\***

Zirlott, Jonathon**\***

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

Zoghby, Alexander Garrett

s/ E. Travis Ramey
E. Travis Ramey

One of the Attorneys for
Appellant/Cross–Appellee
Outokumpu Stainless USA, LLC

**OF COUNSEL**
E. Travis Ramey
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
tramey@burr.com

## MOTION TO WITHDRAW AS COUNSEL

E. Travis Ramey moves to withdraw as counsel of record for Appellant/Cross–Appellee Outokumpu Stainless USA, LLC in this case. Mr. Ramey is departing from Burr & Forman LLP for a position as Assistant Professor of Clinical Legal Instruction and Director, Appellate Law Clinic, at the University of Alabama School of Law. Other counsel who have appeared on its behalf in this case will continue to represent Appellant/Cross–Appellee Outokumpu Stainless USA, LLC in this case.

Respectfully submitted,

s/ E. Travis Ramey
E. Travis Ramey

One of the Attorneys for
Appellant/Cross-Appellee
Outokumpu Stainless USA, LLC

**OF COUNSEL:**

E. Travis Ramey
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
tramey@burr.com

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

**CERTIFICATE OF COMPLIANCE WITH RULE 32**

This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in 14-point Century Schoolbook, which is a proportionally spaced font that includes serifs.

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 81 words, excluding the cover, certificate of interested persons, signature block, Rule 32 certificate, and certificate of service.

s/ E. Travis Ramey
OF COUNSEL

Dated: February 17, 2023.

_____

No. 22-13691-HH & 22-13815

*William Hornady, et al. v. Outokumpu Stainless USA, LLC*

_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will serve it on the following CM/ECF participants. If a party served does not participate in the CM/ECF system, I have served them by U.S. First Class Mail.

Ian D. Rosenthal, Esq.
Davis, Davis and Associates
27180 Pollard Road
Daphne, Alabama 36526
ian@ddalawfirm.com

Patrick H. Sims, Esq.
P. O. Box 2906
Mobile, Alabama 36652
patrick@simslawfirm.net

Frederick G. Helmsing, Jr., Esq.
McDowell Knight Roedder &
 Sledge, LLC
11 North Water Street
Suite 13290
Mobile, Alabama 36602
fhelmsing@mcdowellknight.com

s/ E. Travis Ramey
OF COUNSEL